**FILED**
Sep 29, 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>DARMANJOT SINGH<br><br>   Defendant. | CASE NO. 5:23-mj-00037-CDB<br><br>**UNDER SEAL**<br><br>ORDER SEALING SUPPLEMENTAL ATTACHMENT TO AFFIDAVIT SUBMITTED IN SUPPORT OF CRIMINAL COMPLAINT |

The United States having applied to this Court for a complaint and arrest warrant in the above-captioned proceedings and having applied for the supplemental attachment to the affidavit submitted in support of the complaint to remain under seal in order to ensure the safety of the CRI and the government's ongoing investigation,

IT IS ORDERED that the supplemental attachment to the affidavit submitted in support of the complaint filed in the above-entitled matter shall be filed with this Court under seal and not be disclosed pending further order of this court.

Dated: September 29, 2023

HONORABLE CHRISTOPHER D. BAKER
U.S. MAGISTRATE JUDGE

1