# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 5:23-MJ-00037-CDB |
| **DARMANJOT SINGH** | |
| Defendant. | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum   ☐ Ad Testificandum

Name of Detainee: Darmanjot Singh
Detained at: Lerdo Justice Facility

Detainee is:
a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint
   charging detainee with: 21 U.S.C. 841

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
a.) ☐ return to the custody of detaining facility upon termination of proceedings

or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on December 14, 2023 at 2:30 PM in the Bakersfield Federal Courthouse.*

Signature: /s/ Antonio J. Pataca
Printed Name & Phone No: ANTONIO J. PATACA
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS

☒ Ad Prosequendum   ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **on December 14, 2023, at 2:30,** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: December 5, 2023

Honorable Christopher D. Baker
U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

AKA(s) (if
Booking or CDC #: SO2348999
Facility Address: Justice Facility - 17695 Industrial Farm
Facility Phone:
Currently

☒ Male   ☐ Female
DOB: 1994 - 11 - 11
Race: Indian
FBI#:

## RETURN OF SERVICE

Executed on: _____
(signature)