PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:23-MJ-00037-CDB |
| Plaintiff, | STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |
| v. | |
| DARMANJOT SINGH, | DATE: January 17, 2024 |
| Defendant. | TIME: 2:30 p.m. |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney ANTONIO J. PATACA, and defendant DARMANJOT SINGH, both individually and by and through his counsel of record, TIMOTHY HENNESSY, hereby stipulate as follows:

1. The Complaint in this case was filed on September 29, 2023, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on December 14, 2023. The court set a preliminary hearing date of January 17, 2024.

2. On December 14, 2023, the Court found good cause to continue the preliminary hearing to January 17, 2024, and excluded time under the Speedy Trial act from December 14, 2023, to January 17, 2024.

3. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to February 15, 2024, at 2:30 p.m., before the Honorable Magistrate Judge Christopher D. Baker, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the

delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between January 17, 2024, and February 15, 2024, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  January 3, 2024                    PHILLIP A. TALBERT
                                           United States Attorney

                                           /s/ ANTONIO J. PATACA
                                           ANTONIO J. PATACA
                                           Assistant United States Attorney

Dated:  January 3, 2024                    /s/ TIMOTHY P. HENNESSY
                                           TIMOTHY P. HENNESSY
                                           Counsel for Defendant
                                           Darmanjot Singh

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED pursuant to 18 U.S.C. §§ 3161(h)(7)(A) & (B)(iv).

IT IS SO ORDERED.

Dated:  **January 3, 2024**                _____
                                           UNITED STATES MAGISTRATE JUDGE