PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DARMANJOT SINGH, <br><br> Defendant. | CASE NO. 5:23-MJ-00037-CDB <br><br> STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME <br><br> DATE: February 15, 2024 <br> TIME: 2:30 p.m. |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney ANTONIO J. PATACA, and defendant DARMANJOT SINGH, both individually and by and through his counsel of record, TIMOTHY HENNESSY, hereby stipulate as follows:

1. The Complaint in this case was filed on September 29, 2023, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on December 14, 2023. The court set a preliminary hearing date of February 15, 2024.

2. On December 14, 2023, the Court found good cause to continue the preliminary hearing to January 17, 2024, and excluded time under the Speedy Trial act from December 14, 2023, to February 15, 2024. On January 3, 2024, the Court found good cause to continue the preliminary hearing to February 15, 2024, and excluded time under the Speedy Trial act from January 17, 2024, to February 15, 2024.

3. By this stipulation, the parties jointly move for an extension of time of the preliminary

hearing date to March 5, 2024, at 2:30 p.m., before the Honorable Magistrate Judge Christopher D. Baker, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required because defense counsel will be engaged in a federal trial *Charles Barrett 1:22-cr-00213-JAM-BAM USA v. Barrett.* Additionally, the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between February 15, 2024, and March 5, 2024, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  January 30, 2024                             PHILLIP A. TALBERT
                                                     United States Attorney

                                                     /s/ ANTONIO J. PATACA
                                                     ANTONIO J. PATACA
                                                     Assistant United States Attorney

Dated:  January 30, 2024                             /s/ TIMOTHY P. HENNESSY
                                                     TIMOTHY P. HENNESSY
                                                     Counsel for Defendant
                                                     Darmanjot Singh

**ORDER**

Upon the parties' stipulation dated January 30, 2024 (Doc. 14), and for good cause shown, the preliminary hearing that is scheduled for February 15, 2024, is continued to March 5, 2024, at 2:30 p.m. Time under the Speedy Trial Act shall be excluded from February 15, 2024, through March 5, 2024, for the reasons set forth in the parties' stipulation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv). IT IS SO ORDERED.

Dated: __**January 30, 2024**__           _____
                                        UNITED STATES MAGISTRATE JUDGE