PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>          v.<br><br>DARMANJOT SINGH,<br><br>               Defendant. | CASE NO.  5:23-MJ-00037-CDB<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney ANTONIO J. PATACA, and defendant DARMANJOT SINGH, both individually and by and through his counsel of record, TIMOTHY HENNESSY, hereby stipulate as follows:

1.      The Complaint in this case was filed on September 29, 2023, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on December 14, 2023.

2.      On December 14, 2023, the Court found good cause to continue the preliminary hearing to January 17, 2024, and excluded time under the Speedy Trial act from December 14, 2023, to January 17, 2024.  On January 3, 2024, the Court found good cause to continue the preliminary hearing to February 15, 2024, and excluded time under the Speedy Trial act from January 17, 2024, to February 15, 2024.  On January 30, 2024, the Court found good cause to continue the preliminary hearing from February 15, 2024, to March 5, 2024, and excluded time under the Speedy Trial act from February 15,

2024, to March 5, 2024.  On February 28, 2024, the Court found good cause to continue the preliminary hearing from March 5, 2024, to April 11, 2024, and excluded time under the Speedy Trial act from March 5, 2024, to April 11, 2024.

3.     By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to May 16, 2024, at 2:30 p.m., before the Honorable Magistrate Judge Christopher D. Baker, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow defense additional time to meet and confer with his client and conduct pretrial negotiations. As a result, the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4.     The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between April 11, 2024, and May 16, 2024, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated:  April 3, 2024

PHILLIP A. TALBERT
United States Attorney


/s/ ANTONIO J. PATACA
ANTONIO J. PATACA
Assistant United States Attorney


Dated:  April 3, 2024

/s/ TIMOTHY P. HENNESSY
TIMOTHY P. HENNESSY
Counsel for Defendant
Darmanjot Singh

1

**ORDER**

2        Upon the parties' stipulation dated April 3, 2024 (Doc. 21), and for good cause shown, the

3    preliminary hearing that is scheduled for April 11, 2024, is continued to May 16, 2024, at 2:30 p.m.

4    Time under the Speedy Trial Act shall be excluded from April 11, 2024, through May 16, 2024, for the

5    reasons set forth in the parties' stipulation, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

6        **No further stipulated requests for a continuance of the preliminary hearing will be**

7    **entertained in this action without convening for a hearing to consider the parties' request and**

8    **showing of good cause**.

9    IT IS SO ORDERED.

10       Dated:   __April 3, 2024__                    _____

11                                                      UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28