PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NOS. 5:23-MJ-00037-CDB |
| --- | --- |
| Plaintiff, | 1:24-CR-00098-JLT-SKO |
| v. | STIPULATION TO VACATE PRELIMINARY HEARING AND SET CHANGE OF PLEA HEARING |
| DARMANJOT SINGH, | |
| Defendant. | |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney ANTONIO J. PATACA, and defendant DARMANJOT SINGH, both individually and by and through his counsel of record, TIMOTHY HENNESSY, hereby stipulate as follows:

1. The Complaint in this case was filed on September 29, 2023, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on December 14, 2023.

2. On December 14, 2023, the Court found good cause to continue the preliminary hearing to January 17, 2024, and excluded time under the Speedy Trial act from December 14, 2023, to January 17, 2024. On January 3, 2024, the Court found good cause to continue the preliminary hearing to February 15, 2024, and excluded time under the Speedy Trial act from January 17, 2024, to February 15, 2024. On January 30, 2024, the Court found good cause to continue the preliminary hearing from February 15, 2024, to March 5, 2024, and excluded time under the Speedy Trial act from February 15,

STIPULATION                                1

1  2024, to March 5, 2024.  On February 28, 2024, the Court found good cause to continue the preliminary
2  hearing from March 5, 2024, to April 11, 2024, and excluded time under the Speedy Trial act from
3  March 5, 2024, to April 11, 2024.  On April 3, 2024, the Court found good cause to continue the
4  preliminary hearing from April 11, 2024, to May 16, 2024, and excluded time under the Speedy Trial act
5  from April 11, 2024, to May 16, 2024.

6        3.      On May 14, 2024, the government filed an Information (1:24-CR-00098-JLT-SKO)
7  charging the defendant with Possession with Intent to Distribute Methamphetamine, in violation of 21
8  U.S.C. § 841(a)(1).

9        4.      By this stipulation, the parties jointly move to vacate the preliminary hearing set for May
10 16, 2024, set a change of plea hearing for June 17, 2024, and exclude time between May 16, 2024, and
11 June 17, 2024, 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

12       5.      The parties agree and stipulate, and request that the Court find the following:

13           a)      The government has represented that the discovery associated with this case
14 includes reports, photographs, videos, audio recordings, criminal history records, etc… All of
15 this discovery has been either produced directly to counsel and/or made available for inspection
16 and copying.

17           b)      Counsel for defendant desires additional time consult with his client, review
18 discovery, prepare for the change of plea hearing, and otherwise prepare for sentencing.

19           c)      Counsel for defendant believes that failure to grant the above-requested
20 continuance would deny him/her the reasonable time necessary for effective preparation, taking
21 into account the exercise of due diligence.

22           d)      The government does not object to the continuance.

23           e)      Based on the above-stated findings, the ends of justice served by continuing the
24 case as requested outweigh the interest of the public and the defendant in a trial within the
25 original date prescribed by the Speedy Trial Act.

26           f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
27 et seq., within which trial must commence, the time period of May 16, 2024 to June 17, 2024,
28 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 15, 2024                                  PHILLIP A. TALBERT
                                                                          United States Attorney

                                                                          /s/ ANTONIO J. PATACA
                                                                          ANTONIO J. PATACA
                                                                          Assistant United States Attorney


Dated:  May 15, 2024                                  /s/ TIMOTHY P. HENNESSY
                                                                          TIMOTHY P. HENNESSY
                                                                          Counsel for Defendant
                                                                          Darmanjot Singh


### ORDER

Upon the parties' stipulation dated May 15, 2024, and for good cause shown, the preliminary hearing that is scheduled for May 16, 2024, is HEREBY VACATED, and the matter shall be scheduled before the assigned district judge in Case No. 1:24-cr-00098-JLT-SKO (Hon. Jennifer L. Thurston) on June 17, 2024, at 9:00 a.m. Time under the Speedy Trial Act shall be excluded from May 16, 2024, through June 17, 2024, for the reasons set forth in the parties' stipulation, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:  **May 15, 2024**                              _____
                                                                          UNITED STATES MAGISTRATE JUDGE